UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

ANDREW LAGASSE, individually and
on behalf of all other persons similarly
situated

                    v.                                        CA 11-445 ML

FLEXTRONICS AMERICA, LLC

## MEMORANDUM AND ORDER

This matter is before the Court on the Report and Recommendation issued by Magistrate

Judge Almond (Docket #24) wherein he recommends that Defendant's Motion to Dismiss be

denied.

No objection has been filed, and the time for doing so has passed.  The Court has

independently reviewed the Motion papers and the Report and Recommendation and finds that

the Magistrate Judge's conclusions and recommendations are well supported by the record and

the law.

Accordingly, the Court adopts the Report and Recommendation in its entirety.

Defendant's Motion to Dismiss is DENIED.


SO ORDERED:


/s/ Mary M. Lisi
Mary M. Lisi
Chief United States District Judge
June 20, 2012